RAENOLA SPERLING, Appellant, v. INECTO, INC., Respondent. HARRY SPERLING, Appellant, v. INECTO, INC., Respondent.— Order modified so as to provide that the examination be had as to all the items enumerated in the notice and as so modified affirmed, with ten dollars costs and disbursements to appellants; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

INCORPORATED VILLAGE OF LYNBROOK, Appellant, v. TOWN OF HEMPSTEAD, Respondent.— Order denying motion for summary judgment reversed on the law, with ten dollars costs and disbursements, and motion for summary judgment granted. Plaintiff has properly presented evidentiary facts establishing a cause of action entitling it to the judgment demanded. Defendant has failed to present any facts showing it is entitled to defend. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

In the Matter of the Application for the Selection and Appointment of an Umpire in a Controversy —— BYRD HOLDING CORPORATION, Respondent, v. UNITED STATES FIRE INSURANCE COMPANY OF NEW YORK and Others, Appellants. — Order appointing umpire affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HART A. LATSHAW, Appellant.— Appeal dismissed. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

HARRY LEONARD MILLER, Respondent, v. TRI-STATE DISCOUNT COMPANY, INC., Appellant.— Appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

ANNA RUBIN, Appellant, v. HARRY RUBIN, Respondent.— On argument, order, in so far as it denies motion for temporary alimony, affirmed, without costs. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

MAURICE BLOG, Respondent, v. BURDEN & CO., INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

MARTIN BOBROWSKY and Others, Appellants, v. SAMUEL DUBOFSKY, Respondent. MARTIN BOBROWSKY and Others, Appellants, v. JAKE SULTAN, Respondent. MARTIN BOBROWSKY and Others, Appellants, v. IRVING KAMEN, Respondent. MARTIN BOBROWSKY and Others, Appellants, v. BENJAMIN CARTAN, Respondent. — Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Motion to consolidate appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

ADELE FIEDLER, Respondent, v. GEORGE FIEDLER, Appellant.— In view of the decision in Fiedler v. Fiedler (post, p. 838), decided herewith, the motion to vacate stay is dismissed. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of LOUIS J. FEINSTEIN, Also Known as LEWIS J. FEINSTEIN, an Attorney.— Motion for reinstatement granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.